1018

No. 84–1371. FARWEST STEEL CORP. *v.* DeSANTIS ET AL. Sup. Ct. Wash. Certiorari denied.

No. 84–1391. INDEPENDENT SCHOOL DISTRICT NO. 3 OF BROKEN ARROW, TULSA COUNTY, OKLAHOMA *v.* HELMS. C. A. 10th Cir. Certiorari denied.

No. 84–1392. GEORGE ET AL. *v.* LIBERTY NATIONAL BANK & TRUST OF LOUISVILLE, FORMERLY DBA UNITED KENTUCKY BANK, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1405. GHIBAUDY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–1407. SCOTT *v.* BALDRIGE, SECRETARY OF COMMERCE. C. A. D. C. Cir. Certiorari denied.

No. 84–1424. CIRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–1434. MANGRUM *v.* CONTINENTAL CASUALTY CO. C. A. 6th Cir. Certiorari denied.

No. 84–1456. ERDLEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–1474. BARTHOLOMEW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–1489. PHELPS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5844. PRIMIANO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5933. BOWRING *v.* BOOKER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 84–5979. BARNGROVER *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 84–5997. McQUEEN *v.* PAROLE AND PROBATION COMMISSION. Sup. Ct. Fla. Certiorari denied.